**UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA

    Plaintiff                                  Case No. 06-12789
                                             Hon. Robert H. Cleland
-v-                                        Claim No. 1997A12588
DWIGHT K. TAYLOR,
            Defendant

---

## ORDER ALLOWING RECORDS SUBPOENA

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
on October 22, 2008

PRESENT: HONORABLE_ROBERT H. CLELAND

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **CARRINGTON MORTGAGE SERVICES, LLC** requesting a copy of the Defendant's mortgage application and copies of any bank checks used to make payments on account in the last six months.

                                                       s/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       UNITED STATES DISTRICT JUDGE

Dated: October 22, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 22, 2008, by electronic and/or ordinary mail.

                                                         s/Lisa Wagner
                                                        Case Manager and Deputy Clerk
                                                        (313) 234-5522